IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | **8:20CR7** |
| vs. | ) ) ) | |
| **CARLOS D. MONTEJANO,** | ) ) | **ORDER** |
| **Defendant.** | ) ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [34]. The defendant intends to seek leave of the court to file a pretrial motion out of time. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [34] is granted, as follows:

1. The jury trial, now set for October 19, 2020, is continued to **January 4, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 4, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** October 15, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge